```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  CANDICE K. JAN (CSBN 225749)
    Special Assistant United States Attorney
 5
       1301 Clay Street Suite 340S
 6     Oakland, California 94612-5217
       Telephone: (510) 637-3699
 7     FAX: (510) 637-3724

 8  Attorneys for Plaintiff
```

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00452 SBA |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR NEW SUMMONS |
| v. | ) |
| GREGORY P. MOELLER, | ) |
| Defendant. | ) |

At the request of Judge Wayne D. Brazil, the Court enters this order for a new summons for GREGORY P. MOELLER ~~Mark Boyd~~ for an initial appearance to be held on August 3, 2005 at 10:00 a.m., instead of July 28, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 21, 2005

_____
HONORABLE NANDOR VADAS
United States Magistrate Judge

PROPOSED ORDER FOR NEW SUMMONS
CR 05-00452 SBA