1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CANDICE K. JAN (CSBN 225749)
   Assistant United States Attorney
5
       1301 Clay Street Suite 340S
6      Oakland, California 94612-5217
       Telephone: (510) 637-3699
7      FAX: (510) 637-3724

8  Attorneys for Plaintiff

**FILED**

JUL 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00452 SBA *WDB* |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR DEFENDANT'S INITIAL APPEARANCE |
| v. | |
| GREGORY P. MOELLER, | OAKLAND VENUE |
| Defendant. | |

The parties jointly request that the hearing currently set for Wednesday, August 3, 2005, at 10:00 a.m. for Defendant Moeller's initial appearance be rescheduled for Friday, August 12, 2005, at 10:00 a.m. Counsel for Mr. Moeller is not currently admitted to appear before the Northern District of California ("Northern District"), and requires about an additional week to obtain the required paperwork, including a letter of good standing from the California State Bar, to be admitted into the Northern District.

//

//

//

PROPOSED ORDER TO CONTINUE DATE FOR DEFENDANT'S INITIAL APPEARANCE
CR 05-00452 SBA

cc: Parties by ECF, WDB's Stats, Lisa Clark

1  For the reasons set forth above, the parties stipulate and agree, subject to the Court's
2  approval, that the hearing currently set for Wednesday, August 3, 2005, at 10:00 a.m be
3  rescheduled for Friday, August 12, 2005 at 10:00 a.m.
4
5  STIPULATED:
6
7
8  DATED: July 27, 2005

Brady D. McLeod
Attorney for Defendant

9
10 DATED: 7/27/05
11

CANDICE K. JAN
Special Assistant U.S. Attorney

12
13 IT IS SO ORDERED.
14
15 DATED: 7/29/05

WAYNE D. BRAZIL
United States Magistrate Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER TO CONTINUE DATE FOR DEFENDANT'S INITIAL APPEARANCE
CR 05-00452 SBA