KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDICE K. JAN (CSBN 225749)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3699
   FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>GREGORY P. MOELLER,<br>    Defendant. | No. CR 05-00452 ~~WDB~~ SBA<br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 9, 2005 TO OCTOBER 18, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))<br>OAKLAND VENUE |

    The parties appeared before the Court on August 12, 2005 for defendant's initial appearance and arraignment, with the intent that defendant would plead guilty that day to one count of a violation of 18 U.S.C. Section 1018 ("Section 1018"). The Court rejected the parties' plea agreement and put the matter off calender indefinitely, to allow the parties to resolve whether the defendant, in fact, falls within the category of persons who may be liable under Section 1018. The parties are still discussing resolution, and now request the Court to set the matter on calender for status on October 18, 2005.

[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 9, 2005 TO OCTOBER 18, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))
No.CR 05-00452 WDB

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a hearing for status on October 18, 2005 at 10:00 a.m., before the Honorable Wayne D. Brazil, and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A), from September 9, 2005 to October 18, 2005. The parties agree, and the Court finds and holds, as follows:

1. Counsel for the defense has advised the defendant of defendant's right to trial within seventy days of his initial appearance under Title 18 U.S.C. Section 3161 ("Speedy Trial Act").

2. Counsel for the defense believes that setting the matter on calendar for status on October 18, 2005, with an exclusion of time from September 9, 2005 to October 18, 2005, is in his client's best interest. The parties are investigating whether the matter may be resolved by misdemeanor plea under Section 1018, as opposed to a felony under Title 18 U.S.C. Section 1001, as initially charged by the Government. The parties expect to resolve the matter sometime in the near future.

3. The defendant agrees to the exclusion under the Speedy Trial Act, based on the parties' written stipulation and proposed order, and without the parties' appearance in court. Defendant wishes to avoid incurring the cost of having defense counsel make a court appearance, which would be financially burdensome to the defendant.

4. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel.

5. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 9, 2005 to October 18, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court orders that the period from September 9, 2005 to October 18, 2005 be excluded from Speedy Trial Act calculations

[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 9, 2005 TO OCTOBER 18, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))
No.CR 05-00452 WDB

under 18 U.S.C. Section 3161(h)(8)(A) & (B)(iv).

7. The Court schedules a hearing for status on October 18, 2005, at 10:00 a.m., before the Honorable Wayne D. Brazil.

IT IS SO STIPULATED.

DATED: _____  
GREGORY P. MOELLER  
Defendant

DATED: 9/9/05  
CANDICE K. JAN  
Special Assistant United States Attorney

DATED: _____  
BRADY McCLEOD  
Attorney for GREGORY P. MOELLER

IT IS SO ORDERED.

DATED: _____  
HON. WAYNE D. BRAZIL  
United States Magistrate Judge

[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 9, 2005 TO OCTOBER 18, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))  
No.CR 05-00452 WDB

1  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

2      7. The Court schedules a hearing for status on October 18, 2005, at 10:00 a.m., before

3  the Honorable Wayne D. Brazil.

4

5  IT IS SO STIPULATED.

6

7  DATED: 8 SEPT. 2005

                                GREGORY P. MOELLER
                                Defendant

10  DATED: _____

11                                CANDICE K. TAN
12                                Special Assistant United States Attorney

13  DATED: _____

14                                BRADY McCLEOD
15                                Attorney for GREGORY P. MOELLER

16  IT IS SO ORDERED.

17

18  DATED: _____

19                                HON. WAYNE D. BRAZIL
                                United States Magistrate Judge

28  [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 9,
2005 TO OCTOBER 18, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C.
§ 3161(h)(8)(A))
No. CR 05-00452 WDB

1  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

2     7. The Court schedules a hearing for status on October 18, 2005, at 10:00 a.m., before
3  the Honorable Wayne D. Brazil.

5   IT IS SO STIPULATED.

7  DATED: _____

   GREGORY P. MOELLER
   Defendant

10 DATED: _____

   CANDICE K. JAN
   Special Assistant United States Attorney

13 DATED: 9-8-05

   BRADY McCLEOD
   Attorney for GREGORY P. MOELLER

16   IT IS SO ORDERED.

18 DATED: September 12, 2005

   IT IS SO ORDERED
   /s/ Wayne D. Brazil
   Judge Wayne D. Brazil
   (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

28 [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 9, 2005 TO OCTOBER 18, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))
No. CR 05-00452 WDB