**FILED**

OCT 5 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00452 SBA/WDB |
| Plaintiff, | ORDER RE APPLICABILITY OF 18 U.S.C. SEC. 1018 TO FACTS ADMITTED BY DEFENDANT |
| v. | |
| GREGORY P. MOELLER, | |
| Defendant. | |

Having considered the Stipulation filed by the parties on October 3, 2005, and the Memorandum filed by counsel for the defendant on September 30, 2005, the court has concluded that 18 U.S.C. sec. 1018 does apply to the facts as recited in the proposed plea agreement. Having so concluded, the court will accept a guilty plea by the defendant (after completing an appropriate Rule 11 voir dire) on October 18, 2005. This matter will be called on the undersigned's 10:00 a.m. calendar on that date.

IT IS SO ORDERED.

Dated: October 5, 2005

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: All parties, WDB, Stats, Lisa Clark (SBA's Clerk) via ECF

1